DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

19 AUGUST 2014

| 134P14-3 | State v. Walter Anthony Arthur | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Durham County | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 2. Denied **07/23/2014** |
| 134P14-4 | State v. Walter Anthony Arthur | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied |
| 135P14 | State v. Eugene Oliver Denning | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-724) | 1. Special Order |
| | | 2. Def's Motion to Deem PDR Timely | 2. Special Order |
| | | 3. Def's Motion in the Alternative for Court to Issue Its *Writ of Certiorari* to Review PDR in Spite of It Not Being Timely Filed | 3. Special Order **Jackson, J., recused** |
| 136A14 | Charles D. Brown v. Town of Chapel Hill, Chapel Hill Police Officer D. Funk, in his official and individual capacity, and Other Chapel Hill Police Officers, in their individual and official capacities, to be Named When Their Identities and Level of Participation Becomes Known | 1. Defs' Motion to Dismiss Appeal (COA13-323) | 1. Allowed |
| | | 2. Plt's Petition in the Alternative for *Writ of Certiorari* to Review Decision of the COA | 2. Denied |
| 139P14 | Mark R. Patmore, Mercia Residential Properties, LLC, William T. Gartland, and 318 Brooks LLC v. Town of Chapel Hill, North Carolina | Plts' PDR Under N.C.G.S. § 7A-31 (COA13-1049) | Denied |
| 141P14 | State v. Kenneth Eugene Alston | Def's PDR Under N.C.G.S. § 7A-31 (COA13-429) | Denied |